# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/6/2015 12:00:06 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12** - 15 - 00083 - CV

Trial Court Style:  Barrow-Shaver Resources Co. v Carrizo Oil & Gas, Inc.

Trial Court & County:  7th District Court Smith County          Trial Court No.:  12-2565-A

Date Trial Clerk's Record Originally Due:  N/A

Date Court Reporter's/Recorder's Record Originally Due:  5-05-15

Anticipated Number of Pages of Record:  3000+ including exhibits

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒ my duties listed below preclude working on this record:  Reporter has been in trial in the State of Texas vs Francisco Luna, 007-0036-15 and Thressa Long v Brookshire's Grocery Company, 13-2980-A. Also Reporter prepared records for appeal in State v Shawn Anderson, 007-1622-14 & State v Dakota Yates, 007-1110-14.

☐ Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  8-06-15  , and **I hereby request an additional**  30  **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

07-06-15
_____
Date                                            Signature        *Jennifer Lowrance*

(903)590-1647
_____
Office Phone Number               Printed Name    Jennifer Lowrance

jlowrance@smith-county.com
_____
E-mail Address (if available)        Official Title    Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:   Ms. Marcy Hogan Greer                  Name:   Mr. Otis W. Carroll, Jr.

Address:   Alexander Dubose Jefferson & Townsend   Address:   Ireland, Carroll & Kelley, P.C.

515 Congress Avenue, Suite 2350                   6101 South Broadway Avenue, Suite 500

Austin, Texas 78701                            Tyler, Texas 75703-4408
Phone no.:   (512)716-8310                     Phone no.:
                                                    (903)705-7974

Attorney for:   Carrizio Oil & Gas             Attorney for:   Barrow-Shaver Resources

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:                                          Name:

Address:                                       Address:

Phone no.:                                      Phone no.:

Attorney for:                                   Attorney for:

Additional                          information,                          if                          any: